UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | ) ) ) | |
| Appellant, | ) ) | No. 6:20-CV-29-REW |
| v. | ) ) | ORDER |
| AMERICORE HOLDINGS, LLC, *et al.*, | ) ) ) | |
| Appellees. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Appellees seek a fourth extension of time to file their brief,[1] citing the same grounds underlying the third extension. DE #19 (Motion). Per Appellees, the Trustee remains engaged in ongoing negotiations for the sale of Ellwood assets, which may obviate need for adjudication of this bankruptcy appeal. Movants represent that the extension request is again unopposed.

Because the circumstances justifying the prior extension persist, the Court finds good cause for the sought schedule modification and **GRANTS** unopposed DE #19. Appellees shall file their brief on or before **August 31, 2020**.

This the 4th day of August, 2020.



Signed By:
*Robert E. Wier*
United States District Judge

---

[1] The brief would otherwise have been due on July 30, 2020. Appellees sought the instant extension on July 29, prior to deadline expiration.